IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 25-22576 JAD |
| Michael Joseph and Holli Lynn Willson | : | |
| | : | Chapter 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST RESCHEDULING CHAPTER 13 MEETING OF CREDITORS

*NOTICE IS HEREBY GIVEN THAT* the meeting of creditors has been rescheduled to *11/17/2025*.

The meeting will be held *via Zoom Winnecour at 1:00 pm*. **Meeting ID 984 369 3045, Passcode 6747057013, Phone 1-412-532-8861** The confirmation hearing will be held at the same time and place.

This notice supersedes the date and time previously set for the meeting of creditors and confirmation hearing.

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Dated: October 17, 2025        By:    /s/Lylenn Fox
                                       Deputy Clerk

B-205-C

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22576-JAD |
| Michael Joseph Willson | Chapter 13 |
| Holli Lynn Willson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph Willson, Holli Lynn Willson, 101 Gormley Ave., Oakdale, PA 15071-1313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16584583 | + | Email/Text: bankruptcy@acacceptance.com | Oct 18 2025 00:21:00 | American Credit Acceptance, 340 East Main Street - Ste 400, Spartanburg, SC 29302-1989 |
| 16584597 | + | Email/Text: bankruptcy@acacceptance.com | Oct 18 2025 00:21:00 | American Credit Acceptance, 961 East Main ST, Spartanburg, SC 29302-2149 |
| 16584584 | ^ | MEBN | Oct 18 2025 00:09:04 | Atlas, 300 Coventry Road, Kensington, CA 94707-1214 |
| 16584586 | + | Email/Text: documentfiling@lciinc.com | Oct 18 2025 00:20:00 | Comcast, One Comcast Center, Philadelphia, PA 19103-2899 |
| 16584587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2025 00:21:00 | ComenityCapital/UltaMC, PO Box 182120, Columbus, OH 43218-2120 |
| 16584588 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 18 2025 00:26:21 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16584589 | ^ | MEBN | Oct 18 2025 00:08:51 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16584590 | | Email/Text: bk@lendmarkfinancial.com | Oct 18 2025 00:20:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 16584596 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2025 00:25:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16584591 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 18 2025 00:21:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16584592 | + | Email/PDF: cbp@omf.com | Oct 18 2025 00:37:03 | OneMain, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 16584593 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 18 2025 00:21:00 | Shellpoint, PO Box 619063, Dallas, TX 75261-9063 |
| 16584594 | + | Email/Text: bankruptcy@sw-credit.com | Oct 18 2025 00:21:00 | Southwest Credit Systems, 4120 International Parkway, #1100, Carrollton, TX 75007-1958 |
| 16584595 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2025 00:20:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

Case 25-22576-JAD    Doc 34    Filed 10/19/25    Entered 10/20/25 00:29:27    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf900 | Total Noticed: 15 |
| TOTAL: 14 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| 16584585 | ##+ | ChimeFin/Stride Bank, 1225 N Broadway Ave, Ste 201, Oklahoma City, OK 73103-4830 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles Laputka | on behalf of Joint Debtor Holli Lynn Willson ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Charles Laputka | on behalf of Debtor Michael Joseph Willson ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5