IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 25-22576-JAD |
| | ) | |
| MICHAEL JOSEPH WILLSON AND | ) | |
| HOLLI LYNN WILLSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Related to ECF No. 51 |
| | X | |

FILED
2/4/26 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER DENYING CONFIRMATION, DISMISSING CASE, AND ISSUING RULE TO SHOW CAUSE REGARDING DISGORGEMENT OF FEES

AND NOW, this 4th day of February, 2026, upon consideration of the Chapter 13 plan, the Trustee's request for dismissal, the docket in this case, and the record made at the hearing scheduled for February 3, 2026, the Court finds as follows:

1. The Debtors have failed to make any plan payments and are in material default under the proposed Chapter 13 plan.
2. The plan is not feasible and cannot be confirmed under 11 U.S.C. § 1325(a).
3. Cause exists to deny confirmation and to dismiss this case pursuant to 11 U.S.C. § 1307(c).
4. Counsel for the Debtors failed to appear at the duly scheduled hearing on February 3, 2026, and has failed to adequately prosecute this case, resulting in prejudice to the Debtors, creditors, and the administration of justice.
5. The record raises substantial concerns regarding counsel's performance of duties owed to the Debtors and to this Court under 11 U.S.C. § 329, Federal Rules of Bankruptcy Procedure 2016 and 9011, 11 U.S.C. § 105(a), and the Pennsylvania Rules of Professional Conduct.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

A. Confirmation of the Chapter 13 plan is DENIED.

B. This bankruptcy case is DISMISSED pursuant to 11 U.S.C. § 1307(c).

C. A RULE TO SHOW CAUSE is hereby issued to Attorney Charles Laputka to appear and show cause why he should not be compelled to disgorge some or

all compensation received in this case pursuant to 11 U.S.C. § 329, Federal Rule of Bankruptcy Procedure 2017, 11 U.S.C. § 105(a), and the inherent authority of the Court, based upon failure to perform services reasonably required, failure to appear at hearings, and failure to discharge professional responsibilities owed to the Debtors and this Court.

    D. A hearing on this Rule to Show Cause shall be held on March 10, 2026, at 10:00 a.m., in Courtroom D, United States Bankruptcy Court, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Personal appearance by Attorney Laputka is required.

    E. Attorney Laputka shall file a written response to this Order and Rule to Show Cause no later than fourteen (14) days prior to the scheduled hearing, addressing in detail the services performed, the reasons for nonappearance, the basis for retention of fees, and compliance with applicable professional and ethical duties.

    F. The Chapter 13 Trustee and the United States Trustee may participate in the hearing and file such pleadings as they deem appropriate.

    G. The Clerk shall serve a copy of this Order upon the Debtors, Attorney Laputka, the Chapter 13 Trustee, and the United States Trustee.

BY THE COURT:

Dated: February 4, 2026

/s/ jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to mail to:
    Debtors
    Charles Laputka, Esq.
    Ronda J. Winnecour, Esq.
    Office of the United States Trustee
    All parties on the Creditor Mailing Matrix