# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 2/4/2026 |
| Case: 25–22576–JAD | Form ID: pdf900 | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
                                                                                                      TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty         Charles Laputka        ecfnotices@laputkalaw.com
aty         Matthew Fissel        bkgroup@kmllawgroup.com
                                                                                                      TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael Joseph Willson         101 Gormley Ave.         Oakdale, PA 15071
jdb         Holli Lynn Willson         101 Gormley Ave.         Oakdale, PA 15071
cr          LVNV Funding, LLC         Resurgent Capital Services         PO Box 10587         Greenville, SC 29603–0587
16584583    American Credit Acceptance         340 East Main Street – Ste 400         Spartanburg, SC 29302
16584597    American Credit Acceptance         961 East Main ST         Spartanburg, SC 29302
16584584    Atlas         300 Coventry Road         Kensington, CA 94707
16584585    ChimeFin/Stride Bank         1225 N Broadway Ave         Ste 201         Oklahoma City, OK 73103
16584586    Comcast         One Comcast Center         Philadelphia, PA 19103
16584587    ComenityCapital/UltaMC         PO Box 182120         Columbus, OH 43218
16584588    First Premier         3820 N Louise Ave         Sioux Falls, SD 57107
16584589    KML Law Group, P.C.         701 Market Street, Suite 5000         Philadelphia, PA 19106
16584596    LVNV Funding, LLC         Resurgent Capital Services         PO Box 10587         Greenville, SC 29603–0587
16584590    Lendmark Financial Services         2118 Usher St         Covington, GA 30014
16606073    Mariner Finance         8110 Corporate Dr         Nottingham, MD 21236
16584591    Mariner Finance         8211 Town Center Dr         Nottingham, MD 21236
16605182    NewRez LLC DBA Shellpoint Mortgage Servicing         PO Box 10826         Greenville, SC 29603–0826
16584592    OneMain         601 NW 2nd St         Evansville, IN 47706
16601792    Portfolio Recovery Associates, LLC         POB 12914         Norfolk VA 23541
16584593    Shellpoint         PO Box 619063         Dallas, TX 75261
16584594    Southwest Credit Systems         4120 International Parkway, #1100         Carrollton, TX 75007
16598904    T Mobile/T–Mobile USA Inc         by AIS Infosource, LP as agent         PO Box 248848         Oklahoma City, OK 73124–8848
16584595    Verizon         PO Box 650584         Dallas, TX 75265
                                                                                                      TOTAL: 22