# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 25-22576-JAD |
| | ) | |
| MICHAEL JOSEPH WILLSON AND | ) | FILED |
| HOLLI LYNN WILLSON, | ) Chapter 13 | 2/4/26 11:22 am |
| | ) | CLERK |
| Debtor. | ) Related to ECF No. 51 | U.S. BANKRUPTCY COURT - WDPA |
| X | | |

**ORDER DENYING CONFIRMATION, DISMISSING CASE, AND ISSUING RULE TO SHOW CAUSE REGARDING DISGORGEMENT OF FEES**

AND NOW, this 4th day of February, 2026, upon consideration of the Chapter 13 plan, the Trustee's request for dismissal, the docket in this case, and the record made at the hearing scheduled for February 3, 2026, the Court finds as follows:

1. The Debtors have failed to make any plan payments and are in material default under the proposed Chapter 13 plan.
2. The plan is not feasible and cannot be confirmed under 11 U.S.C. § 1325(a).
3. Cause exists to deny confirmation and to dismiss this case pursuant to 11 U.S.C. § 1307(c).
4. Counsel for the Debtors failed to appear at the duly scheduled hearing on February 3, 2026, and has failed to adequately prosecute this case, resulting in prejudice to the Debtors, creditors, and the administration of justice.
5. The record raises substantial concerns regarding counsel's performance of duties owed to the Debtors and to this Court under 11 U.S.C. § 329, Federal Rules of Bankruptcy Procedure 2016 and 9011, 11 U.S.C. § 105(a), and the Pennsylvania Rules of Professional Conduct.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

A. Confirmation of the Chapter 13 plan is DENIED.

B. This bankruptcy case is DISMISSED pursuant to 11 U.S.C. § 1307(c).

C. A RULE TO SHOW CAUSE is hereby issued to Attorney Charles Laputka to appear and show cause why he should not be compelled to disgorge some or

all compensation received in this case pursuant to 11 U.S.C. § 329, Federal Rule of Bankruptcy Procedure 2017, 11 U.S.C. § 105(a), and the inherent authority of the Court, based upon failure to perform services reasonably required, failure to appear at hearings, and failure to discharge professional responsibilities owed to the Debtors and this Court.

    D. A hearing on this Rule to Show Cause shall be held on March 10, 2026, at 10:00 a.m., in Courtroom D, United States Bankruptcy Court, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Personal appearance by Attorney Laputka is required.

    E. Attorney Laputka shall file a written response to this Order and Rule to Show Cause no later than fourteen (14) days prior to the scheduled hearing, addressing in detail the services performed, the reasons for nonappearance, the basis for retention of fees, and compliance with applicable professional and ethical duties.

    F. The Chapter 13 Trustee and the United States Trustee may participate in the hearing and file such pleadings as they deem appropriate.

    G. The Clerk shall serve a copy of this Order upon the Debtors, Attorney Laputka, the Chapter 13 Trustee, and the United States Trustee.

BY THE COURT:

jsf

Dated: February 4, 2026

The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to mail to:
    Debtors
    Charles Laputka, Esq.
    Ronda J. Winnecour, Esq.
    Office of the United States Trustee
    All parties on the Creditor Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                    Case No. 25-22576-JAD

Michael Joseph Willson                                                                                Chapter 13

Holli Lynn Willson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                               User: auto                                              Page 1 of 2
Date Rcvd: Feb 04, 2026                                Form ID: pdf900                              Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Joseph Willson, Holli Lynn Willson, 101 Gormley Ave., Oakdale, PA 15071-1313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16584583 | + | Email/Text: bankruptcy@acacceptance.com | Feb 05 2026 00:29:00 | American Credit Acceptance, 340 East Main Street - Ste 400, Spartanburg, SC 29302-1989 |
| 16584597 | + | Email/Text: bankruptcy@acacceptance.com | Feb 05 2026 00:29:00 | American Credit Acceptance, 961 East Main ST, Spartanburg, SC 29302-2149 |
| 16584584 | ^ | MEBN | Feb 05 2026 00:17:15 | Atlas, 300 Coventry Road, Kensington, CA 94707-1214 |
| 16584586 | + | Email/Text: documentfiling@lciinc.com | Feb 05 2026 00:29:00 | Comcast, One Comcast Center, Philadelphia, PA 19103-2899 |
| 16584587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2026 00:29:00 | ComenityCapital/UltaMC, PO Box 182120, Columbus, OH 43218-2120 |
| 16584588 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 05 2026 00:35:42 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16584589 | ^ | MEBN | Feb 05 2026 00:16:55 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16584590 | | Email/Text: bk@lendmarkfinancial.com | Feb 05 2026 00:29:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 16584596 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 00:35:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16606073 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 05 2026 00:29:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 16584591 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 05 2026 00:29:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 16605182 | | Email/Text: mtgbk@shellpointmtg.com | Feb 05 2026 00:29:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 16584592 | + | Email/PDF: cbp@omf.com | Feb 05 2026 00:34:40 | OneMain, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 16601792 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:35:42 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 25-22576-JAD   Doc 58   Filed 02/06/26   Entered 02/07/26 00:32:22   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 19 |

| 16584593 | + Email/Text: mtgbk@shellpointmtg.com | | Norfolk VA 23541 |
|---|---|---|---|
| | | Feb 05 2026 00:29:00 | Shellpoint, PO Box 619063, Dallas, TX 75261-9063 |
| 16584594 | + Email/Text: bankruptcy@sw-credit.com | Feb 05 2026 00:29:00 | Southwest Credit Systems, 4120 International Parkway, #1100, Carrollton, TX 75007-1958 |
| 16598904 | Email/PDF: ebn_ais@aisinfo.com | Feb 05 2026 00:34:43 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 16584595 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 05 2026 00:29:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16584585 | ##+ | ChimeFin/Stride Bank, 1225 N Broadway Ave, Ste 201, Oklahoma City, OK 73103-4830 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Joint Debtor Holli Lynn Willson ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Charles Laputka | on behalf of Debtor Michael Joseph Willson ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5